*E-FILED - 4/24/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CR-12-00354-RMW |
|---|---|
| Plaintiff, | ORDER REQUESTING RESPONSE TO REQUEST FOR TERMINATION OF SUPERVISED RELEASE |
| v. | |
| WILFRED ERNESTO MARES, JR., | |
| Defendant. | |

Wilfredo Ernesto Mares, Jr. has requested early termination of his supervised release and has represented that his probation officer would recommend early termination if requested. The court hereby requests that the government and probation officer submit their respective positions on early termination by <u>May 1, 2015</u>.

DATED:   April 24, 2015

_____
RONALD M. WHYTE
United States District Judge

Copy of Order Mailed on 4/24/14 to the Following:

Juan Ramirez
U. S. Probation Officer
San Jose Office

Jeff Nedrow
Branch Chief
U.S. Attorney's Office

Wilfred Ernesto Mares, Jr.
1777 Newbury Park Drive, Unit 409
San Jose, CA 95133

*Pro Se Defendant*

ORDER REQUESTING RESPONSE TO REQUEST FOR TERMINATION OF SUPERVISED RELEASE
NO.  CR-12-00354-RMW                     2